UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br>1343 L Street, N.W.<br>Washington, D.C. 20005,<br><br>    Plaintiff,<br><br>v<br><br>NORTHFIELD PLACE ASSOCIATES, XXI, INC. d/b/a INTERNATIONAL HEALTH CARE PROPERTIES XXI, L.P., d/b/a NORTHFIELD PLACE<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No.: 05cv01674 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned John C. Lowe as co-counsel for Defendant Northfield Place Associates, XXI, Inc. d/b/a International Health Care Properties XXI, L.P., d/b/a/ Northfield Place.

|  |  |
|---|---|
| | /s/John C. Lowe<br>John C. Lowe<br>John Lowe, P.C.<br>D.C. Bar No. 427019<br>5920 Searl Terrace<br>Bethesda, MD 20816<br>Phone 301-320-5595<br>Fax 301-320-8878 |
| Dated: September 26, 2005 | johnlowe@johnlowepc.com |

Co-counsel for Defendant Northfield
Place Associates, XXI, Inc. d/b/a
International Health Care Properties
XXI, L.P., d/b/a/ Northfield Place