IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**SERVICE EMPLOYEE INTERNATIONAL**
**UNION NATIONAL INDUSTRY**
**PENSION FUND et al.,**

                                              CA No. 05-cv-01674 (GK)

      **Plaintiffs,**

**v.**

**NORTHFIELD PLACE ASSOCIATES,**
**XXI, INC.,**

      **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JOINT MEET AND CONFER STATEMENT
### UNDER FED. R. CIV. P. 26(f) & L.R. 16.3

1. The Rule 26(f) meeting was held on October 19, 2005.

2. Thomas Hart, Esq., counsel for the Plaintiff Funds, and John Lowe, Esq., counsel for the Defendant, participated in a telephonic conference.

### DISCOVER DEADLINES

3. Initial discloses under Fed. R. Civ. P. 26(a)(1) will be exchanged by **November 8, 2005**.

4. The parties made no agreements regarding informal discovery.

5. Deadline for Joinder of Parties and Amendment of Pleadings: **January 6, 2006.**

6. Discovery Cut-off: **February 25, 2006.**

7. Expert Discovery Deadline: **February 25, 2006.**

8. Dispositive Motion Deadline: **March 24, 2006**.

9. Interrogatory Schedule

    Interrogatories shall be served no later than 60 days after the Scheduling Conference. Responses and objections shall be required within 30 days of service

of the interrogatories.

10. Schedule for Request for Production of Documents

Requests for Production of Documents shall be served no later than 60 days after the Scheduling Conference. Responses and objections shall be required within 30 days of service of the document requests.

11. Discovery Limitations:

(A) All depositions shall be limited to a single day. The parties shall exert best efforts to conduct and conclude all necessary depositions in a single day.

(B) No modification on the presumptive numbers of depositions or interrogatories contained in the federal rules.

(C) No modification on the presumptive number of depositions, interrogatories or request for production of documents contained in the federal rules.

## SETTLEMENT

12. The parties certify that, as required by Fed. R. Civ. P. 26(f), they have discussed the possibilities for a prompt settlement or resolution of the case by alternate dispute resolution. The parties have not yet arrived at a resolution of this matter, but feel confident that a resolution is possible. Settlement discussions are ongoing.

14. The parties could benefits from the Court's Alternative Dispute Resolution procedures and would welcome mediation by a magistrate judge.

## RESOLUTION BY MAGISTRATE

13. The case should **NOT** be assigned for resolution by magistrate.

## DISPOSITIVE MOTIONS

14. The case likely will be resolved by Dispositive motions. Dispositive motions shall be filed by March 24, 2005. Opposition to dispositive motions shall be filed within 21 days thereafter, and replies filed within 14 days of the filing of the opposition.

DATED this 19th day of October, 2005.

| | |
|---|---|
| /s/ | /s/ |
| Thomas J. Hart., Esq. | John Lowe, Esq. |
| Slevin & Hart, P.C. | John C. Lowe, P.C. |
| 1625 Massachusetts Avenue, NW | 5920 Searl Terrace |
| Suite 450 | Bethesda, MD 20816 |
| Washington DC 20036 | (301) 320-5595 (tel) |
| (202) 797-8700 (tel) | (301) 320-8878 (fax) |
| (202) 234-8231 (fax) | |
| | Attorney for Defendant |
| Attorneys for Plaintiff | |

H:\Users\BJP\310 SEIU Indus Pension Fund\310.129 Northfield\Meet & Confer Statement.wpd