## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND et al.,** | ) ) ) ) | |
| | ) | **Civil Action No. 05-cv-01674 (GK)** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **NORTHFIELD PLACE ASSOCIATES, XXI, INC.,** | ) ) ) | |
| **Defendant.** | ) ) | |

### JOINT PRAECIPE ON CASE STATUS
### & NOTICE OF SETTLEMENT

Pursuant to the Court's Order, dated November 29, 2005, the parties hereby notify the Court that they have agreed to a settlement resolving all claims in this action. The terms of the settlement are being reduced to written instruments. At such time as the instruments have been drafted and approved, the parties will file a Consent Judgment and Order concluding the action and removing it from the Court's docket.

The Parties expect that a formal Settlement Agreement will be executed and filed within the next week. Should this not occur within that period, the Parties will notify the Court.

DATED this 19th day of December, 2005.


|  /s/ | /s/ |
|---|---|
| Thomas J. Hart | John C. Lowe |
| Slevin & Hart, P.C. | John Lowe, P.C. |
| 1625 Massachusetts Avenue, NW | 5920 Searl Terrace |
| Suite 450 | Bethesda, MD 20816 |
| Washington DC 20036 | (301) 320-5595 (tel) |
| (202) 797-8700 (tel) | (301) 320-8878 (fax) |
| (202) 234-8231 (fax) | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |

H:\Users\BJP\310   SEIU Indus Pension Fund\310.129  Northfield\Joint Praecipe.wpd