UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>NORTHFIELD PLACE ASSOCIATES, XXI, INC. d/b/a INTERNATIONAL HEALTH CARE PROPERTIES XXI, L.P., d/b/a NORTHFIELD PLACE,<br><br>Defendant. | Civil Action No. 05-cv-01674 (GK) |

## CONSENT JUDGMENT AND ORDER

Upon agreement of the parties, Plaintiffs Service Employees International Union National Industry Pension Fund, *et al.* ("Plaintiffs") and Defendant Northfield Place Associates, XXI, Inc. d/b/a International Health Care Properties XXI, L.P. d/b/a Northfield Place ("Defendant") hereby stipulate to entry of judgment in favor of Plaintiffs and against Defendants, as set forth herein:

WHEREFORE, this _18th_ day of _Jan_, 2006, judgment is hereby entered in favor of Plaintiffs and against Defendant; and it is

FURTHER ORDERED, that Plaintiffs are awarded, and Defendant shall pay to Plaintiffs, $13,847.27 in delinquent monthly contributions remaining unpaid for the periods May 2001 through December 2003 and May through August 2005; and it is

FURTHER ORDERED, that Plaintiffs are awarded, and Defendant shall pay to Plaintiffs, $4,751.89 in interest accrued through the date a delinquent contribution was paid, or if unpaid through January 10, 2006, on various delinquent monthly contributions due during the period May 2001 through September 2005; and it is

FURTHER ORDERED, that Plaintiffs are awarded, and Defendant shall pay the Plaintiffs, $3,805.00 in reasonable attorney fees and costs incurred through December 20, 2005, in this action; and it is

FURTHER ORDERED, that Defendant shall pay all prospective monthly contributions, commencing with those due for November 2005 on or before the date such contributions are due, and in the event that said prospective monthly contributions are not paid when due Defendant shall pay the Plaintiffs: additional interest on such contributions from the date such contributions are due to the date that they are paid at ten percent (10%) per year, and liquidated damages equal to twenty percent (20%) of the contributions; and it is

FURTHER ORDERED, that Defendant shall submit to an audit of their wage, payroll, and personnel records for all periods for which Defendant is obligated to contribute to the Funds within twenty (20) days of a request by the Fund, and Defendant shall pay all contributions, interest, and liquidated damages determined from such audit to be due, as well as the costs of such audit; and it is

FURTHER ORDERED, that Defendant shall pay the Plaintiffs any additional attorneys fees and costs incurred by Plaintiffs in enforcing Defendant's contribution obligations or to enforce or execute this Consent Judgment and Order; and it is

FURTHER ORDERED, that Plaintiffs may seek a Supplemental Judgment or file a separate action to recover their attorney's fees and costs incurred in this action and Defendant reserves the

right to defend and/or challenge any amounts alleged to be due; and it is

FURTHER ORDERED, that, as agreed to by Plaintiffs and Defendant, this Judgment in no way compromises Plaintiffs' right to collect any additional amounts due, including contributions, accrued interest, liquidated damages, attorney's fees and costs, by Defendants for contributions during the period May 2001 to the end of Defendants' contribution obligation, and Defendants reserve the right to defend and/or challenge any amounts alleged by Plaintiffs to be due during the aforementioned period; and it is

FURTHER ORDERED, that this Consent Judgment and Order is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment and Order may be enforced by Plaintiffs in any court of competent jurisdiction; and it is

FURTHER ORDERED, that should Defendant fail to comply with any terms of this Judgment and Order, Plaintiffs may reopen this case upon motion to this Court and notice to the Defendant, and may at that time ask for further appropriate and/or injunctive relief.

We ask for this:

For Plaintiffs, Service Employees International Union National Industry Pension Fund, *et al.*

Dated: January 18, 2006

/s/
Thomas J. Hart  (DC Bar No. 165647)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W., Suite 450
Washington, DC  20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)
Attorney for Plaintiffs

For Defendant, Defendant, Northfield Place Associates, XXI, Inc. d/b/a International Health Care Properties XXI, L.P. d/b/a Northfield Place

Dated: January 18, 2006

/s/
John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816
301-320-5595  (Telephone)
301- 320-8878  (Facsimile)
Attorney for Defendant

SO ORDERED this 18th day of Jan., 2006:

Gladys Kessler
United States District Judge